1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      FAX: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12  CHENYANG WANG, *et al*.,
                                          C 4:22-cv-00386 KAW
13                    Plaintiffs,

14        v.                              **STIPULATION TO DISMISS and
                                          ORDER**
15  UR JADDOU, Director, United States
    Citizenship and Immigration Services,
16
                      Defendant.
17

18
19        Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), the parties, through their undersigned

20  attorneys, agree to stipulate to dismiss this action based on the following terms:

21        1.      Defendant United States Citizenship and Immigration Services ("USCIS") agrees to take

22  adjudicative action—an approval or denial—on the three remaining Plaintiffs' Form I-765, Application

23  for Employment Authorization and Form I-131, Application for Travel Document, on or by March 31,

24  2022.

25        2.      USCIS will adjudicate Plaintiff Kento Onishi's Form I-765 on or by March 24, 2022.

26        3.      Plaintiffs agree that all Plaintiffs' Form I-765 and Form I-131 that have already been

27  adjudicated during the course of this action are moot.

28

1    4.    If Plaintiffs believe there is a breach of this agreement, Plaintiffs agree to give

2  Defendant's counsel notice and seven days to remedy such breach prior to seeking judicial intervention.

3    5.    If Defendant is unable to meet these deadlines for reasons out of its control, it agrees to

4  notify counsel for Plaintiffs and the parties agree to work in good faith to resolve the issue prior to

5  judicial intervention.

6    6.    The parties agree to bear their own costs and fees.  In accordance with Civil Local Rule

7  5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this

8  document.

9  Dated: March 10, 2022                                Respectfully submitted,

10                                                       STEPHANIE M. HINDS
                                                         United States Attorney
11

12                                                        _/s/ Elizabeth D. Kurlan_____
                                                         ELIZABETH D. KURLAN
13                                                       Assistant United States Attorney
                                                         Attorneys for Defendant
14

15

16  Dated:  March 9, 2022

17                                                        _/s/ Bernard Pavel Wolfsdorf/____
                                                         BERNARD PAVEL WOLFSDORF
                                                         Attorney for Plaintiffs
18

19                                 **ORDER**

20        Pursuant to stipulation, IT IS SO ORDERED.

21

22

23  Date: March 11, 2022

24                                                       KANDIS A. WESTOMORE
                                                         United States Magistrate Judge
25

26

27

28